**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| VANCHESTER WRIGHT, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:05-CV-25 (WLS) |
| | : | |
| BRUCE CHATMON, Warden, | : | |
| | : | 28 U.S.C. § 2254 |
| Respondent. | : | |
| _____ | : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 14), filed February 2, 2006. It is recommended that Petitioner's *pro se* petition for relief pursuant to 28 U.S.C. § 2254 be dismissed as untimely. Petitioner has filed an objection essentially re-asserting previously made arguments and asking to be allowed to correct/modify the record. (Tab 15). This Court has previously denied Petitioner's request to correct/modify the record. (Tab 16).

The Magistrate Judge correctly concluded 28 U.S.C. § 2244(d), the AEDPA, requires the dismissal of Petitioner's action. As Petitioner's conviction became final for habeas purposes prior to the effective date of the AEDPA of April 24, 1996. As such, Petitioner had one year, or until April 24, 1997, in which to seek federal relief or to toll the one year statute of limitations by filing a state habeas petition. Plaintiff, however, did not file his state Petition until August of 2002. The one year statute of limitations had already expired.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Respondents motion to dismiss Petitioner's petition (Tab 9) is **GRANTED** and Petitioner's habeas action is **DISMISSED.**.

SO ORDERED, this __28th__ day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　  /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. Louis Sands, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court**